UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 12082
     LADONNA M MORGAN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
     SSN XXX-XX-8339

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/25/2006 and was confirmed 12/11/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/28/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO AUTO FINANCE | SECURED VEHIC | 27536.30 | 1412.64 | 2726.01 |
| WELLS FARGO AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| IL DEPT OF REVENUE LEV 7 | PRIORITY | 116.02 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 3261.00 | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS FINANCIAL CHOIC | UNSECURED | 195.45 | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | 34.65 | .00 | .00 |
| CALVARY PORTFOLIO SVCS | UNSECURED | NOT FILED | .00 | .00 |
| CBA COLLECTION BUREAU OF | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMER PORTFOLIO SERV | UNSECURED | 8756.33 | .00 | .00 |
| HSBC NV | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1041.96 | .00 | .00 |
| NICOR GAS | UNSECURED | 1657.54 | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | 240.74 | .00 | .00 |
| RECEIVABLE MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| RISCUITY | UNSECURED | NOT FILED | .00 | .00 |
| ARONSON FURNITURE | SECURED | 302.00 | 1.26 | 14.17 |
| AMERICAN FAMILY INSURANC | UNSECURED | NOT FILED | .00 | .00 |
| PARAGON PARKWAY | UNSECURED | 725.00 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 390.14 | .00 | .00 |
| IL DEPT OF REVENUE LEV 7 | UNSECURED | 11.40 | .00 | .00 |
| *LEGAL REMEDIES CHARTERE | DEBTOR ATTY | 1,500.00 | | 13.10 |
| TOM VAUGHN | TRUSTEE | | | 268.82 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    4,436.00


               PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 12082 LADONNA M MORGAN

```
PRIORITY                                         .00
SECURED                                     2,740.18
     INTEREST                               1,413.90
UNSECURED                                        .00
ADMINISTRATIVE                                 13.10
TRUSTEE COMPENSATION                          268.82
DEBTOR REFUND                                    .00
                      ---------------   ---------------
TOTALS                     4,436.00          4,436.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 04/23/08                  /s/ Tom Vaughn
                                 _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE




                              PAGE   2
             CASE NO. 06 B 12082 LADONNA M MORGAN